UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HOLLI WRICE, | ) |
| Movant, | ) ) ) |
| v. | ) No. 1:16CV131 SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Before the Court is movant's counsel's motion for additional time to file an amended motion to vacate. Counsel seeks up through, and including, September 2, 2016, to file the amended motion. The Court will grant counsel's request.

Accordingly,

**IT IS HEREBY ORDERED** that movant's counsel's motion for an extension of time to file an amended motion to vacate [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for movant shall notify this Court, **no later than September 2, 2016**, whether she will be pursuing movant's arguments under *Johnson v. United States*, 135 S.Ct. 2551 (2015), either by filing written notice in this action of her intent not to represent movant, or by filing an amended motion to vacate.

Dated this 2⟡ day of August, 2016.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE