UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HOLLI WRICE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 1:16-CV-131 SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

On June 15, 2018, movant filed an amended motion to vacate, basing her request for relief, in part, on the recent Supreme Court case of, *Sessions v. Dimaya*, 138 S.Ct. 1204 (2018). In light of the filing of the amended motion to vacate, Docket No. 19, the Court will reopen the present matter, lift the stay in this action, and issue a Case Management Order simultaneously herewith.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **LIFT THE STAY** in this action and **REOPEN** the present matter.

A Case Management Order will be issued in accordance with this Memorandum and Order.

Dated this 28th day of June, 2018.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE