IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA              )
                                      )
        Plaintiff,                    )
                                      )
                                      ) Criminal Case Number:
v.                                    ) No. 1:09CR84 SNLJ
                                      ) Civil Case Number
HOLLI WRICE,                          ) No. 1:16 CV 131 SNLJ
                                      )
        Defendant.                    )
                                      )

## DEFENDANT'S WAIVER OF APPEARANCE FOR RESENTENCING

I, HOLLI WRICE, Register Number 35364-044, have conferred with my attorney Brocca

Morrison. She advised me that the Court has indicated that it intends to resentence me in this case. She

has advised me that the Government has agreed to a sentence of 37 months on Counts I and IV only (not

count II). I understand that I have the right to personally appear at resentencing but I hereby waive that

right to appear and agree to entry of an amended judgment as described without my personal

appearance.

Respectfully submitted,


_____
Holli Wrice, Register No. 35364-044

Dated  6-7-20              , 2020

*/s/ Brocca Morrison*
BROCCA MORRISON
Assistant Federal Public Defender
1010 Market, Suite 200
Saint Louis, Missouri 63101
(314) 241-1255
Fax: (314) 421-3177
E-mail: brocca_morrison@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020 I transmitted the foregoing Entry of Appearance of Counsel, using the CM/ECF system, to the Clerk of Court and Tiffany G. Becker, Assistant United States Attorney.

/s/Brocca Morrison
Assistant Federal Public Defender