UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

HOLLI WRICE,                              )
                                          )
                                          )
            Plaintiff,                    )
                                          )
     vs.                                  )     Case No. 1:16CV00131 SNLJ
                                          )
UNITED STATES OF AMERICA                  )
                                          )
            Defendant.                    )

## ORDER

This case is before the Court on movant's amended petition to vacate her sentence under 28 U.S.C. § 2255. Specifically, movant seeks to vacate the sentence imposed on Counts I and IV based on Johnson v. United States, 135 S.Ct. 2251 (2015). The government concedes the motion. The parties further agree that the new Sentencing Guidelines range for the two counts is 37-46 months, and they jointly recommend that this Court impose a new sentence of 37 months, the bottom of the Guidelines. This Court agrees. The motion is granted. The resulting sentence will be 37 months on Counts I and IV to be served concurrently, and 84 months on Count II, to be served consecutively, for a total sentence of 121 months.

So ordered this 8th day of June, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE